IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY LAMAR GREEN<br>*Plaintiff-pro se*<br><br>v.<br><br>DOMESTIC RELATIONS SECTION<br>COURT OF COMMON PLEAS<br>"COMPLIANCE UNIT"<br>MONTGOMERY COUNTY<br>*Defendant* | : CIVIL ACTION<br>:<br>: NO. 15-0105<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 9th day of April 2015, upon consideration of Defendant's *motion to dismiss* filed pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), [ECF 3], the response in opposition thereto filed by Anthony Lamar Green ("Plaintiff"), [ECF 5], and the allegations contained in the amended complaint, [ECF 2], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Plaintiff's amended complaint is **DISMISSED** for lack of subject matter jurisdiction. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
NITZA I. QUIÑONES ALEJANDRO, J.